15292. COPPEDGE DRY CLEANING CO. v. WHITTLE.

BLOODWORTH, J. The court properly overruled the certiorari.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JUNE 10, 1924.

Certiorari; from Fulton superior court—Judge Humphries. November 28, 1923.

*H. C. Holbrook*, for plaintiff in error.

*Burress & Dillard*, contra.